UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEALTHY HARVEST BERRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTH AMERICA FRESH FOODS, INC., et al., <br><br> Defendants. | Case No.  5:15-cv-03663-EJD <br><br> **ORDER STAYING CASE IN PART; SCHEDULING STATUS CONFERENCE** <br><br> Re: Dkt. No. 25 |

Having reviewed the Notice filed on April 22, 2016 (Dkt. No. 22), the court has determined that all claims against Defendant Vincent C. Fratangelo a/k/a Chip Fratangelo are subject to the mandatory stay provisions contained in 11 U.S.C. § 362.  Accordingly, those claims are STAYED in favor of Fratangelo's bankruptcy proceedings until further order of the court.

The court schedules this action for a Status Conference at **10:00 a.m. on July 7, 2016**.  On or before **June 30, 2016**, Plaintiff shall file a Status Conference Statement which provides, inter alia, an update as to Fratangelo's bankruptcy proceeding.

A decision addressing Magistrate Judge Howard R. Lloyd's report and recommendation concerning Plaintiff's Motion for Default Judgment (Dkt. Nos. 18, 24) will be held in abeyance at this time.

**IT IS SO ORDERED.**

Dated:  May 17, 2016

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-03663-EJD
ORDER STAYING CASE IN PART; SCHEDULING STATUS CONFERENCE